**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **Docket No.: 5:05cr7DCB-AGN-001** |
| ) | |
| **WILLIAM SCOTT BOWERS** ) | |

## ORDER OF DISMISSAL

This Day This Cause came on motion for revocation filed by U.S. Probation Office on the above-named defendant. This Court being advised that William Scott Bowers has complied with the instructions of the probation officer since being released on bond May 11, 2007, and has made progress toward the resolution of his fine and back child support obligations. Upon the recommendation of the U.S. Probation Officer, the Court is dismissing petition for revocation filed April 18, 2007. Defendant William Scott Bowers will continue with his term of supervised release which is scheduled to expire May 2, 2009.

SO ORDERED THIS THE   30th   day of   January   , 2008.


   s/ David Bramlette
   DAVID C. BRAMLETTE
   SENIOR U.S. DISTRICT COURT JUDGE